## ALVA & ASSOCIATES
ATTORNEYS AND COUNSELLORS AT LAW

DANIEL-PAUL ALVA, LLC  
JEREMY-EVAN ALVA  
BRAD V. SHUTTLEWORTH *

* ALSO MEMBER NJ BAR

SUITE 1001  
1601 MARKET STREET  
PHILADELPHIA, PENNSYLVANIA 19103  
(215) 665-1695  
Fax (215) 665-0183  
dalva@alvafirm.com

April 9, 2013

United States District Court  
For the Eastern District of New York  
Clerk of Courts  
271 Cadman Plaza East  
Brooklyn, NY 11201

**RE:   UNITED STATES v. VICTOR GORDON**  
**NO.: 11CR-517 (KAM)**

To: Clerk of Courts for the Eastern District of New York:

I am requesting that sentencing in the above-captioned matter be continued from April 23, 2013 at 11:00 AM as the defense needs additional time to respond to the Pre-Sentence Investigation Report prepared on March 22, 2013. The Government has no objection to this request and agrees with counsel that this matter necessitates more time than usual to prepare. Due to vacation schedules, the Government has requested that sentencing be rescheduled for at least a July date. However, defense has no unattached trial time until August and respectfully requests an August date.

Counsel avers that the defendant has been briefed on the need for additional time and has no objection thereto.

Thank you for your consideration herein.

Respectfully,

DANIEL-PAUL ALVA, ESQ.  
DA-6532

Cc: Via Facsimile to Assistant U.S. Attorney Darren LaVerne at 718.254.6076.