RE: USA against Victor Gordon

9/8/13

United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

768 N. Taylor St
Phila PA 19130

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 12 2013 ★
BROOKLYN OFFICE

I respectfully request the return of ivory that I purchased from Victor Gordon. The purchases were made in good faith understanding that Mr. Gordon was in possession of these items many years prior. I obtained all of the items in the mid 1990's and prior to 2005. In particular I am interested in recovering the two ivory harps both of which were purchased prior to 2000. They are quite old.

Attached is a copy of the property receipt with Seizure Tag #854290. It consists of 10 items.

The above statements are made under oath as to their truthfulness.

William H. Mitchell

cc: US Attorney's office for Eastern District of New York.

SLR:LDM:CSK
F#: 2009R01418

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

-against-

VICTOR GORDON,

Defendant.

- - - - - - - - - - - - - - - - X

PRELIMINARY
ORDER OF FORFEITURE

CR-11-517 (S-1) (KAM)

WHEREAS, on or about September 18, 2012, the defendant, VICTOR GORDON, entered a plea of guilty to sole count of the above superseding Information charging a violation of 18 U.S.C. § 545; and

WHEREAS, pursuant to 18 U.S.C. §§ 545, 982(a)(2)(B) and 21 U.S.C. § 853(p), the consents to the forfeiture of all his right, title and interest in the following property as property which constitutes or is derived from proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 545, constitutes merchandise imported into the United States in violation of 18 U.S.C. § 545, and/or as substitute assets (collectively, the "Forfeited Assets"):

(a) A forfeiture money judgment in the amount of one hundred and fifty thousand dollars ($150,000.00) in United States currency (the "Forfeiture Money Judgment");

| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE | **PROPERTY RECEIPT** | |
|---|---|---|
| RECEIVED / SEIZED FROM:<br>William H. Mitchell | DATE AND TIME OF RECEIPT:<br>8/19/2013  1600h | FILE NUMBER:<br>2006501941 |
| RECEIVED / SEIZED BY:<br>S/A Phil Alegranti | LOCATION:<br>768 Taylor Street<br>Philadelphia, PA | |

| ITEM NO. | DESCRIPTION: |
|---|---|
| | Ten (10) elephant ivory carvings |
| 1. | Carved tusk in form of traditional horn instrument. |
| 2. | Carved tusk depicting ~~horse and~~ (PA) human figure holding up antique horse + rider |
| PAIR { 3. | Ivory carved in form of Ram's head. |
| 4. | Ivory carved in form of Ram's head |
| PAIR { 5. | Ivory drum with one (1) small ivory peg |
| 6. | Ivory drum with four (4) small ivory pegs. |
| 7. | Harp-like decorative instrument with ivory tusk making-up the neck of the instrument. 5 pegs present. |
| 8. | Harp-like decorative instrument with ivory tusk making-up the neck of the instrument, significant damage or stretched leather. 1 peg present. |
| 9. | Traditional ivory horn |
| 10. | Traditional ivory horn.   Seizure Tag # 854290 |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

OFFICER: _____ #629

WITNESS: Andy C_____ SA 476

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

SIGNATURE: William H. Mitchell

FORM 3-155 (9/81)

Mr. William Mitchell
768 N. Taylor St.
Philadelphia, PA 19130-2512

PHILADELPHIA PA 190
10 SEP 2013 PM 7 L



United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

11201$1832