**U.S.D.J. KIYO A. MATSUMOTO**  **TIME: 12:00p.m.-2:00p.m.**

**CRIMAINAL CAUSE FOR SENTENCING**  **DATE: 6/4/2014**   DOCKET & FILE

SENTENCING: **11CR517 [KAM] U.S.A. VS. VICTOR GORDON**-DOB

DEFENSE COUNSEL: **Daniel Alva (Retained)**

A.U.S.A**: Darren Laverne**   COURT REPORTER: **Gene Rudolph**   Deputy: **Sandra Jackson**

✔ CASE CALLED.   ✔ DEFENDANT SWORN AND INFORMED OF RIGHTS

✔ SENTENCING HELD.   ✔STATEMENTS OF DEFENDANT AND COUNSEL HEARD

✔ DEFENDANT PLEA GUILTY TO : A Single Count Superseding Information.

✔ COURT ACCEPTS THE PLEA OF GUILTY

**IMPRISONMENT:** 30 months incarceration

**SUPERVISED RELEASE:** 2 years with special conditions:

1. Mr. Gordon shall pay any outstanding monetary penalties and shall comply with his Fine obligation.

2. Mr. Gordon shall make complete and truthful financial disclosure to the Probation Department and the government.

3. Mr. Gordon shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search on the basis that the Probation Department has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must also be conducted in a reasonable manner and at a reasonable time. Mr. Gordon's failure to submit to a search may be grounds for revocation of his supervised release. Mr. Gordon shall inform any other residents that the premises may be subject to search pursuant to this condition.

4. Mr. Gordon shall serve 15 hours of community service per week preferably with a wildlife conservation organization if/when unemployed or employed less than 40 hours per week.

FORFEITURE:
The defendant has consented to pay a Forfeiture money judgment in the amount of $150,000, as specified in the Preliminary Order of Forfeiture. The government and defense counsel have acknowledged that the $150,000 forfeiture amount has been deemed paid. The Preliminary Order of Forfeiture is attached hereto and incorporated herein as part of this judgment.

FINE:

Mr. Gordon is ordered to pay a fine of $7,500 due immediately and payable at a minimum rate of $25.00 per quarter while in custody, and at a minimum rate of 10% of his monthly gross income after deductions required by law, starting the first day of the first month of his release. If the fine amount is not paid in full, interest will accrue. Fine payments shall commence immediately and shall continue until paid in full.

**$100.00** Special Assessment   **$0**Resitution.   **$7,500** Fine   **$ 150,000** Forfeiture

**REMAINING OPEN COUNT(S) 0 INDICTMENT DISMISSED ON GOVT'S MOTION. ICE DETAINER**

✔ TRANSCRIPT ORDERED.   ✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ☐ I.F.P. GRANTED

✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY, IF ANY